IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| JANET COCHRAN,<br><br>       Plaintiff,<br><br>vs.<br><br>GILCREST JEWETT LUMBER COMPANY, LLC, JAKE MORAN in his individual and professional capacities and JERI STOFFEL, in his individual and professional capacities,<br><br>       Defendants. | Case No. 21-cv-00109<br><br>**DEFENDANTS' NOTICE OF REMOVAL** |

Defendants Gilcrest Jewett Lumber Company, LLC, Jake Moran and Jeri Stoffel, remove this action to the United States District Court for the Southern District of Iowa, Central Division. In support of their removal, Defendants state:

1. On March 8, 2021, Plaintiff Janet Cochran filed a Petition at Law and Jury Demand in the Iowa District Court for Dallas County ("Iowa District Court") against the Defendants, captioned *Janet Cochran v. Gilcrest Jewett Lumber Company, LLC, Jake Moran and Jeri Stoffel*, LACV042849. A true and correct copy of the Petition is attached hereto as Exhibit A.

2. On March 8, 2021, Plaintiff filed an Original Notice directed to Defendant Gilcrest Jewett Lumber Company, LLC. A true and correct copy of the Original Notice is attached hereto as Exhibit B.

3. On March 8, 2021, Plaintiff filed an Original Notice directed to Defendant Jake Moran. A true and correct copy of the Original Notice is attached hereto as Exhibit C.

1

4. On March 8, 2021, Plaintiff filed an Original Notice directed to Defendant Jeri Stoffel. A true and correct copy of the Original Notice is attached hereto as Exhibit D.

5. On March 30, 2021, Defendants' counsel accepted service on behalf of all Defendants which Acceptance is attached hereto as Exhibit E.

6. Defendants have been served with no other process, pleadings, or orders.

7. The Petition alleges violations of the Family and Medical Leave Act ("FMLA"), 29 U.S.C. § 2601 *et seq.*, and a state law claim of disability discrimination and harassment in violation of the Iowa Civil Rights Act ("ICRA"), Iowa Code Ch. 216.

8. The Court has original jurisdiction over the FMLA claim pursuant to federal question jurisdiction, 28 U.S.C. § 1331, and the action may be removed to this Court pursuant to 28 U.S.C. § 1441.

9. The Court has supplemental jurisdiction over the ICRA claims pursuant to 28 U.S.C. § 1367.

10. This Notice of Removal will be filed with the Iowa District Court for Dallas County.

THEREFORE, Defendants Gilcrest Jewett Lumber Company, LLC, Jake Moran and Jeri Stoffel, give notice that the above entitled action is removed to this Court from the Iowa District Court for Dallas County.

/s/ Mary E. Funk
Mary E. Funk, AT0002666
Randall D. Armentrout, AT0000543
NYEMASTER GOODE, P.C.
700 Walnut Street, Suite 1600
Des Moines, IA 50309
Telephone: 515-283-3100
Facsimile: 515-283-8045
Email: mef@nyemaster.com
**ATTORNEY FOR DEFENDANT GILCREST JEWETT LUMBER COMPANY, LLC, JAKE MORAN AND JERI STOFFEL**

## PROOF OF SERVICE

I hereby certify that on April 9, 2021, I electronically filed the foregoing with the Clerk of the Court using the EDMS system which will send notification of such filing to the following:

Charles Gribble
Christopher Stewart
Gribble, Boles, Stewart & Witosky Law
2015 Grand Avenue, Suite 200
Des Moines, IA 50312
Telephone: 515-235-0551
Fax: 515-243-3696
Email: cstewart@gbswlaw.com
cgribble@gbswlaw.com
**ATTORNEYS FOR PLAINTIFF**

/s/ Mary E. Funk

3