**IN THE UNITED STATED DISTRICT COURT
SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION**

| | |
|---|---|
| **JANET COCHRAN,**<br><br>　　　　　**Plaintiff,**<br><br>vs.<br><br>**GILCREST JEWETT LUMBER COMPANY LLC, JAKE MORAN** in his individual and professional capacities, and **JERI STOFFEL** in his individual and professional capacities.<br><br>　　　　　**Defendants.** | **CASE NO. 21-cv-00109**<br><br><br><br>**STIPULATED DISMISSAL WITH PREJUDICE OF PLAINTIFF'S COMPLAINT PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)** |

　　**COME NOW,** the parties to this action, by and through their respective counsel, and for this Stipulated Dismissal with Prejudice of Plaintiff's Complaint Pursuant to Fed. R. Civ. P. 41(a)(1)(A), and respectfully state to the Court as follows:

　　1.　On March 8, 2021, Plaintiff initiated this action with the filing of a Complaint in Dallas County District Court. Defendants removed the proceedings to Federal Court and filed an Answer and Affirmative Defenses on November 8, 2020.

　　2.　The parties have entered into a settlement agreement resolving all claims raised in the Complaint. Pursuant to this agreement, Plaintiff now seeks dismissal ***with prejudice*** of the Complaint and all claims therein.

　　3.　As evidenced by the signatures below, all parties now stipulate to the dismissal ***with prejudice***, constituting a final judgment of this matter and forever discharging Defendants from all claims raised in the Complaint, but with this Court retaining exclusive jurisdiction over enforcement of the settlement agreement.

　　**WHEREFORE,** the parties, hereby stipulate to the dismissal, ***with prejudice***, of

Plaintiff's Complaint and all claims therein.

**GRIBBLE, BOLES, STEWART & WITOSKY LAW**

BY: */s/ Charles Gribble*
Charles Gribble
BY: */s/ Christopher Stewart*
Christopher Stewart
2015 Grand Avenue, Suite 200
Des Moines, Iowa 50312
Telephone: (515) 235-0551
Fax: (515) 243-3696
Email: cstewart@gbswlaw.com
cgribble@gbswlaw.com
**ATTORNEYS FOR PLAINTIFF**

*/s/ Mary E. Funk*
Mary E. Funk, AT0002666
Randall D. Armentrout, AT0000543
NYEMASTER GOODE, P.C.
700 Walnut Street, Suite 1600
Des Moines, IA 50309
Telephone: 515-283-3100
Facsimile: 515-283-8045
Email: mef@nyemaster.com
Email: rdarmentrout@nyemaster.com
**ATTORNEYS FOR DEFENDANT GILCREST JEWETT LUMBER COMPANY, LLC, JAKE MORAN AND JERI STOFFEL**

**PROOF OF SERVICE**
The undersigned certifies that the foregoing instrument was served upon all parties to the above cause by:
( )  personal service                          ( )  first class mail
( )  certified mail, return receipt requested  ( )  facsimile
( )  Airborne Express (overnight)              (X)  electronic filing
                                               ( )  e-mail
on June 8, 2021.
I declare that the statements above are true to the best of my information, knowledge, and belief.

*/s/ Kendra Levine*